EDWARD FACKNER, Appellant, *v.* PETER B. Ross et al., as Executors, etc., Respondents.

(Submitted April 12, 1888; decided May 1, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 30, 1886, which affirmed a judgment in favor of defendants, entered upon a decision of the court on trial at Special Term.

*Henry D. Hotchkiss* for appellant.

*Edward P. Wilder, Jeroloman & Arrowsmith* and *Daniel J. Ross* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

THE FIRST NATIONAL BANK OF WHITEHALL, N. Y., Respondent, *v.* WILLIAM A. GRISWOLD, Impleaded, etc., Appellant.

(Argued April 12, 1888; decided May 1, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made the first Tuesday of May, 1885, which affirmed a judgment of foreclosure and sale herein, entered upon an order of the Special Term.

*John A. Vance* for appellant.

*Richard L. Hand* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.